John T. McMichael, Plaintiff in Error, vs. Isaac M.
    Frank, Henry Meinhard, Isaac Meinhard, Samuel
    Meinhard and Elias A. Weil, partners under the
    firm name of Frank & Co., Defendants in Error.
    Assumpsit.

Writ of error to Circuit Court, Pasco county; Barron
Phillips, Judge.

Henderson & Raney and E. P. Allen, for Plaintiff in
Error.

No appearance for Defendants in Error.

This action was brought by the defendants in error
against the plaintiff in error. There was judgment for
the plaintiffs, and the defendant takes writ of error.
Writ of error dismissed for failure to prosecute.

————

John T. McMichael, Plaintiff in Error, vs. Isaac M.
    Frank, Henry Meinhard, Isaac Meinhard, Samuel
    Meinhard and Elias A. Weil, partners under the
    firm name of Frank & Co., Defendants in Error.
    Attachment.

Writ of error to Circuit Court, Pasco county; Barron
Phillips, Judge.

Henderson & Raney and E. P. Allen, for Plaintiff in
Error.

No appearance for Defendants in Error.